# Kennedys

Our ref  1095793

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge, NJ 07920
USA

T +1 908.848.6300
F +1 908.848.6310

www.kennedyslaw.com

john.orzel@kennedyslaw.com

June 21, 2023

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007



**MEMO ENDORSED**

Re:   Savino Del Bene U.S.A., Inc. v. Samsara Surfaces LLC, et. al.
      1:23-cv-00648-KPF

Dear Judge Polk Failla:

As you know, this legal office represents plaintiff Savino Del Bene U.S.A., Inc. ("Savino") in the matter captioned above, which is currently scheduled for an initial pretrial conference on June 28, 2023, at 10 A.M.

We respectfully request a 30-day extension to this initial pretrial conference due to extraordinary circumstances. I am the attorney of record and I will be unable to attend the June 28, 2023, scheduled conference due to a recent death in the family. I will be needed to schedule and attend all arrangements related to this passing. Given these circumstances, I respectfully ask for postponement.

We thank the Court for Your consideration of this request.

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:*  Argentina, Australia, Belgium, Bermuda, Brazil, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Russian Federation, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.

Savino Del Bene U.S.A., Inc. v. Samsara Surfaces LLC, et. al.
1:23-cv-00648-KPF

**Kennedys**

Respectfully,

*John A. Orzel/dkk*

**John A. Orzel**
Partner
for Kennedys CMK

JAO/mj

cc: Morrison Cohen LLP
Counsel for Defendants Samsara Surf aces LLC and Sunderlands
Attn: Christopher Milito, Esq.
cmilito@morrisoncohen.com

Mark L. Hill, Esq.
mark.hill@solidcounsel.com
Scheef & Stone, LLP

```
Application GRANTED.  The conference currently scheduled for June
28, 2023, is hereby ADJOURNED to July 27, 2023, at 10:00 a.m.
The Court expresses its condolences to Mr. Orzel and his family.

The Clerk of Court is directed to terminate the pending motion at
docket number 22.

Dated:     June 22, 2023              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE