UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-against-

SAMSARA SURFACES LLC, et al.,

                Defendants.
------------------------------------------------------------X

23-CV-00648 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On Thursday, December 14, 2023, the Honorable Dale E. Ho assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     December 18, 2023
               New York, New York