```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAVINO DEL BENE U.S.A., INC.,

                Plaintiff,

-against-

SAMSARA SURFACES LLC, et al.,

                Defendants.
-------------------------------------------------------------X

23-CV-00648 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the close of fact discovery on May 20, 2024, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     May 29, 2024
                New York, New York