UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| SAVINO DEL BENE U.S.A., Inc., <br><br>                 Plaintiff, <br><br>          v. <br><br> SAMSARA SURFACES LLC, et al., <br><br>                 Defendants. |

23-CV-648 (DEH)

**<u>ORDER</u>**

DALE E. HO, United States District Judge:

Plaintiff filed suit on January 26, 2023, naming nine Defendants.  *See* ECF No. 1.  On April 18, 2023, counsel for Defendants Samsara Surfaces LLC and Sunderlands, a Samsara Entity, appeared.  *See* ECF No. 16.  On May 22, 2023, in response to the Court's order to show cause why its case should not be dismissed, Plaintiff indicated that the Defendants that had not yet appeared were "not essential to Savino's case."  *See* ECF No. 20.  It indicated that it would "voluntarily dismiss the claims against the non-appearing defendants, without prejudice," as "dismissal of the non-appearing defendants would simplify this litigation."  *Id*.

**IT IS HEREBY ORDERED** that all non-appearing Defendants are **DISMISSED** from this case.

SO ORDERED.  The Clerk of Court is respectfully requested to terminate the following Defendants from the docket: Defendant Mineracao Marianelli LTDA; Defendant MG2 Marmores E Granitos; Defendant Gramazini Granitos E Marmores Thomazini LTDA; Defendant Granitos S/A; Defendant Nissi Rochas Com. E Rep. LTDA; Defendant Granibras Es Granitos E Marmores LTDS; Defendant Badan Building Materials Corporation.

Dated: July 18, 2024
      New York, New York

_____

DALE E. HO
United States District Judge